

1540 Broadway
23rd Floor
New York, NY 10036

646.927.5500 main
646.927.5599 fax

Peter A. Sullivan
646-927-5510 direct
psullivan@foleyhoag.com

June 1, 2018

**Via ECF**

Hon. George B. Daniels
District Court Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 13100
New York, NY 10007

    Re:    *NovaSparks, SA v. Enyx FPGA, et al.,* Civil Action No. 1:17-cv-07745-GBD-HBP; Civil Case Management Plan and Scheduling Order

Dear Judge Daniels,

We represent Plaintiff NovaSparks, SA in the above-referenced matter. We write to propose a briefing schedule for Defendants Enyx's Motion to Dismiss and/or Stay based on a mandatory forum selection clause. Plaintiff proposes that it file a response to the motion on June 13, and Defendants proposes to file any reply by June 20. The parties consent to this proposal.

                                      Respectfully Submitted,

                                      /s/ Peter A. Sullivan
                                      Peter A. Sullivan
                                      Partner

Cc: All Counsel of Record (via ECF)