UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

NOVASPARKS SA,

                              Plaintiff,

-against-

ENYXEPGA, INC. and ENYX SA,

                              Defendants.

------------------------------------------------------------x

ORDER

17 Civ. 7745 (GBD)

GEORGE B. DANIELS, United States District Judge:

Oral argument will be held on Defendant's motion to dismiss and or/stay this action, (ECF No. 29), will be held on July 19, 2018 at 10:30 am.

Dated: New York, New York
       June 1, 2018

SO ORDERED.

_/s/ George B. Daniels_
GEORGE B. DANIELS
United States District Judge