BakerHostetler

Baker&Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5403

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

November 12, 2018

Kenneth J. Sheehan
direct dial: 202.861.1682
KSheehan@bakerlaw.com

**VIA ELECTRONIC FILING**

Hon. Henry B. Pitman
U.S. Magistrate Judge
United States District Court, Southern District of
New York
500 Pearl Street
New York, NY 10007

Re:     *NovaSparks SA v. EnyxFPGA, Inc. et al, Case No. 17-cv-7745-GBD-HBP*

Dear Judge Pitman:

The parties in the above-referenced matter plan to file a stipulation of dismissal that will dismiss all remaining claims, including counterclaims, without prejudice within the next two weeks.  We spoke with Plaintiff's counsel, and confirmed that the parties believe that the issues that were the subject of Plaintiff's letter motion to compel filed October 17, 2018, (Dkt. No. 47) are now moot.

We are available at the Court's convenience to discuss this matter further.

Respectfully submitted,


/s Kenneth J. Sheehan
Kenneth J. Sheehan


cc: All counsel of record (via ECF)